

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,136-01

### EX PARTE DONALD RAY CHANCE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10-05-05347-CR(1) IN THE 410TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

**PER CURIAM. COCHRAN, J., filed a concurring opinion in which JOHNSON and ALCALA, JJ., joined. KELLER, P.J., filed a dissenting opinion in which KEASLER and HERVEY, JJ., joined.**

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of online solicitation of a minor and sentenced to concurrent terms of two years' imprisonment for each count.

This Court, in *Ex parte Lo*, held unconstitutional the online solicitation of a minor statute for which Applicant was convicted. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant, through counsel, filed this habeas application based on the *Lo* decision and asks that his convictions be set aside. The trial court recommends granting relief. After considering the trial court's findings

and the parties' objections and responses regarding them, this Court agrees with the trial court, and relief is granted.

The judgments for both counts in Cause No. 10-05-05347-CR in the 410th District Court of Montgomery County are set aside. Applicant is remanded to the custody of the Sheriff of Montgomery County to answer the charges as set out in the indictment so that the indictment may be disposed of in accordance with this Court's opinion in *Ex parte Lo*. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 7, 2014
Publish